# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED SENIORS ALLIANCE and THURMAN J. PARRISH,<br><br>        Plaintiffs,<br><br>v.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCES, INCORPORATED, GREAT AMERICAN INSURANCE COMPANY[1] and AMERICAN FINANCIAL GROUP,<br><br>        Defendants. | CASE NO. 8: 13 CV- 385<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

      Baird Holm, LLP, on behalf of Attorney William Gaynor, moves the Court for an Order permitting Attorney Gaynor to withdraw as counsel of record for the Defendants in this action. This Motion is made at the request of the Defendants, who have arranged for the law firm of Baird Holm, LLP, by Attorneys Steven D. Davidson and Nicholas K. Rudman, to appear on their behalf.  Attorneys Davidson and Rudman have already entered their appearances in this matter.  Attorney Gaynor is in-house counsel for Defendants and, in accordance with NEGenR 1.3(f), he has been served with a copy of this Motion and approved the same.

      Dated January 9, 2014.

---

[1] Plaintiffs have improperly named Great American Life Insurance Company as Great American Insurance Company.

CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCES, INCORPORATED, GREAT AMERICAN LIFE INSURANCE COMPANY, improperly named as GREAT AMERICAN INSURANCE COMPANY and AMERICAN FINANCIAL GROUP, Defendants,

By: /s/ Steven D. Davidson
    Steven D. Davidson, #18684
    Nicholas K. Rudman, #25182
of   BAIRD HOLM LLP
    1700 Farnam Street
    Suite 1500
    Omaha, NE  68102-2068
    Phone: 402-344-0500
    E-mail:  sdavidson@bairdholm.com
            nrudman@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to counsel for the Plaintiffs, as follows:

Stephen D. Marso
marso@whitfieldlaw.com

and I served the following non-participant by e-mail and first class mail, addressed as follows:

bill@gaig.com
William T. Gaynor , Jr
CONTINENTAL GENERAL INSURANCE COMPANY
301 E. Fourth Street, 15S
Cincinnati, OH 45202-4201

                /s/ Steven D. Davidson