IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED SENIORS ALLIANCE, THURMAN J. PARRISH,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCES, Incorporated; GREAT AMERICAN LIFE INSURANCE COMPANY, AMERICAN FINANCIAL GROUP,<br><br>　　　　　Defendants. | 8:13CV385<br><br>ORDER |

　　　　The parties requested coordination of expert witness deadlines with the following cases (8:13cv383, 8:13cv381, 8:13cv382, 8:13cv385). The motion is granted.

　　　　IT IS ORDERED:

1)　　　　The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

　　　　　　　　For the plaintiff(s):　　　February 13, 2015.
　　　　　　　　For the defendant(s):　　 April 6, 2015.

2)　　　　The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

　　　　　　　　For the plaintiff(s):　　　March 31, 2015.
　　　　　　　　For the defendant(s):　　May 22, 2015.

　　　　Dated this 20th day of January, 2015

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge